# UNITED STATES  DISTRICT COURT

## THE STATE OF COLORADO

### THE COUNTY OF DENVER

#### 10TH CIRCUIT



FILED
UNITED STATES DISTRICT COURT
[illegible]

JUN 11 2020

JEFFREY P. COLWELL
CLERK

In Re;

Plaintiff;                                          CASE

NUMBER:_____

L L Loeb, Pro Se, et al

-vs-

Defendant(s);

ARLINGTON ASSETS INVESTMENT CORPORATION, LLC (for subsidiary First NLC Financial

Services, LLC), ;DEUSTCHE )

National Bank Trust Company, as TRUSTEE for Morgan Stanley Home Equity Loan Trust

2005-02, Mortgage  Pass-Through )

Certificates Series 2005-2:  NATIONWIDE TITLE CLEARING; HALLIDAY, WATKINS and

MANN, LLC DESIGNATED           )

COUNCIL FIRM;  Foreign Agent Toni Owan #30580 of DESIGNATED COUNCIL, : Foreign

Agent Heather Deere #28597       )

of DESIGNATED COUNCIL in their Professional and Personal capacities; OCWEN  LOAN

SERVICING, LLC; S.P.S.-           )

SELECT PORTFOLIO SERVICES, LLC; L.S.I TITLE SERVICES dba ServiceLink NLS LLC

TITLE INSURANCE           )

_____

____

### COMPLAINT AND REQUEST FOR INJUNCTION

_____

____

**I.**          **Parties to the Complaint**

### A.        **Plaintiff:**

Name:                L L Loeb

Job or Title              Pro Se, et al

**MAILING ADDRESS  P O BOX 767**

**LITTLETON, CO. 80160**

Street Address            2237 Eudora Street

City and County           Denver, County of Denver

State and Zip Code:   CO.  80207

### B.     **Defendant No. 1**

Name                AKERMAN LAW, LLC for ARLINGTON ASSETS

INVESTMENT CORPORATION, LLC

(for subsidiary First NLC Financial Services, LLC);

Job or Title (if known)    Of Council

Street Address            1900 16th St Mall #1700,

City and County           Denver, County of Denver

State and Zip Code.        CO,  80202

Phone:                (303) 260-7712

### **Defendant No. 2**

**Name**              **Taylor Haywood** in her Personal and Professional

Capacity;

Job or Title (if known) Foreign Agent

Street Address            1900 16th St Mall #1700,

City and County           Denver, County of Denver

State and Zip Code        CO,  80202

Phone:                (303) 260-7712

### **Defendant No. 3**

**Name**              **KUTAK ROCK, LLC** for DEUSTCHE National Bank

Trust Company, as

TRUSTEE for Morgan Stanley Home Equity Loan

Trust 2005-02,

Mortgage  Pass-Through Certificates Series

2005-2: and Select Portfolio Services, SPS LLC;

Job or Title (if known) Of Council

Street Address          1801 California St #3000,

City and County         Denver,  County of Denver

State and Zip Code      CO  80202

Phone:                  (303) 297-2400

### Defendant No. 4

**Name**                **NATIONWIDE TITLE CLEARING, LLC;**

Job or Title (if known) David Mathews                    Registered

Agent

Street Address          2100 US-19 ALT,

City and County         Palm Harbor County of Pinellas County

State and Zip Code      FL  34683

Phone:                  (727) 771-4000

### Defendant No. 5

**Name**                **HALLIDAY, WATKINS and MANN, LLC;**

Job or Title (if known) Designated Council        Registered Agent.

Heather Deere

Street Address          355 Union Blvd., Suite 250,

City and County         Lakewood,  County of Jefferson

State and Zip Code      CO  80228

Phone:                  801.355.2886

### Defendant No. 6

**Name**                **Foreign Agent Toni Owan #30580; in her**

Professional and Personal capacity;

Job or Title (if known) Designated Council

Street Address          355 Union Blvd., Suite 250,

City and County         Lakewood,  County of Jefferson

State and Zip Code      CO  80228

Phone:                          801.355.2886

**Defendant No. 7**

**Name**                        **Foreign Agent Heather Deere #28597**; in her

Professional and Personal capacity;

Job or Title (if known) Designated Council

Street Address                  355 Union Blvd., Suite 250,

City and County                 Lakewood,  County of Jefferson

State and Zip Code              CO   80228

Phone:                          801.355.2886

**Defendant No. 8**

**Name**                        **OCWEN LOAN SERVICING, LLC CORPORATE**

COUNCIL ;

Job or Title (if known)         Corporation Service Company        Registered

Agent

Street Address                  1201 Hayes Street

City and County                 Tallahassee, County of Leon County

State and Zip Code              FL 32301

Phone:

**Defendant No. 9**

**Name**                        **SNELL and WILNER,** LLC for L.S.I TITLE

SERVICES dba ServiceLink NLS, LLC TITLE INSURANCE;

Job or Title (if known)         Of Council

Street Address                  1200 17th St UNIT 1900

City and County                 Denver,  County of Denver

State and Zip Code              CO   80202

PHONE:                          (303) 634-2000

**Defendant No. 10**

**Name**                        **U. S PUBLIC TRUSTEE KEIL** in his Personal and

Professional Capacity;

Job or Title (if known)         Trustee

| | |
|---|---|
| Street Address | 1961 Stout St #12-200 |
| City and County | Denver,  County of Denver |
| State and Zip Code | CO 80294 |
| Phone: | (303) 312-7230 |

**ATTORNEYS FOR THE DEFENDANTS:**

| | |
|---|---|
| Foreign Agent Toni Owan #30580 | Halliday, Watkins and Mann, LLC |
| Foreign Agent Heather Deere #28597 | Halliday, Watkins and Mann, LLC |
| Foreign Agent Taylor Haywood | Akerman Law |
| Foreign Agent Justin D. Falser | Akerman Law |
| Foreign Agent Michael E. Lindsay | Snell and Wilner, L.L.P. |
| Foreign Agent Anna M. Adma | Snell and Wilner, L.L.P. |
| Foreign Agent Jeremy D. Peck | Kutack Rock, L.L.P. |
| Foreign Agent Elizabeth J. Field | Kutack Rock, L.L.P |
| U S Public Trustee. Keil | Trustee for the United States |

a. 1.. **Basis for Jurisdiction; Proper Venue**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in

federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under

28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.

Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at

stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen

of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

    X  Federal question '     X  Diversity of citizenship

    A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States

Constitution that are at issue in this case.

See Attachment:

B. If the Basis for Jurisdiction Is Diversity of Citizenship

This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §

1331.   This Court also has diversity jurisdiction

pursuant to federal Statue 28 USC S 1332 and supplemental jurisdiction pursuant to 28 U.S.C.

§ 1367.

1. The Plaintiff(s)

a.      The plaintiff is an individual

The plaintiff, L L Loeb, is a citizen of the

State of Colorado

2. The Defendants

a.   1 The defendant is an individual

The defendant, Toni Owan of the Designated Attorney firm of Halliday,

Watkins and Mann, Llc is a citizen of

the State of Colorado

2      The defendant is an individual

The defendant, Heather Deere of the Designated Attorney firm of Halliday,

Watkins and Mann, Llc is a citizen of

the State of Colorado

3      The defendant is an individual

The defendant, Taylor Haywood of the Attorney firm of Akerman Law LLC

is a citizen of the State of Colorado

4      The defendant is an individual

The defendant, Kiel is a U S Public Trustee

is a citizen of the State of Colorado

b.    1      The Defendant is a corporation

The Defendant, Deutsche National Bank and Trust is a Foreign

multinational investment bank

and financial services company

is incorporated under the laws of the foreign nation of Germany

and has its principal place of business in the Country of Frankfurt

Germany

2    The Defendant is a corporation

The Defendant,Defendant Arlington Assets Investment Corporation for

First NLC Financial Services, LLC

is incorporated under the laws of Arlington VA.

and has its principal place of business in the State of Virginia.

3    The Defendant is a corporation

The Defendant, J P Morgan Chase Bank is a citizen of New York, NY.;

is incorporated under the laws of New York;

and has its principal place of business in the State of New York

4    The Defendant is a corporation

The Defendant, Nationwide Title Clearing LLC ;

is incorporated under the laws of Palm Harbor FL;

and has its principal place of business in the State of Florida

5    The Defendant is a corporation

The Defendant, Ocwen Financial Services LLC

is incorporated under the laws of Delaware ;

and has its principal place of business in the Florida

6    The Defendant is a corporation

The Defendant, ServiceLink NA LLC .

is incorporated under the laws of Colorado;

and has its principal place of business in the State of Colorado

7    The Defendant is a corporation

The Defendant,  SPS, Select Portfolio Services

is incorporated under the laws of Utah

and has its principal place of business in the State of Utah

**3.**    The amount in controversy can and does exceed $ 700,000.00

with consideration for treble damages due to the fraud involved.  This is not counting

interest and cost of court.  The actions of these entities displays a premeditation and blatant intent involving a conspiracy to commit fraud (FRCP 9 (b).

There was no intent to allow me to own my home.(EXHIBIT   The disrespect concerning my lack of sight and age along with the anguish, streess

and aggravation that was caused to myself and my family has been indescribable.

1)      This Court has personal jurisdiction over these Defendants because they are either foreign corporations authorized to conduct business in Colorado; are regularly doing or did business in Colorado during the relevant time period or they have either registered with the Colorado Secretary of State, or do sufficient business in Colorado; have sufficient minimum contacts with Colorado, or otherwise intentionally avail themselves of the Colorado financial, real estate and consumer markets.

2)      This purpose allows the exercise of jurisdiction by this Court over Defendants and their affiliated or related entities permissible under traditional notions of fair play and substantial justice.  This Court also has subject matter jurisdiction under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"), the Real Estate Settlement and Procedures Act ("RESPA"), 12 U.S.C. § 2605, the Truth in Lending Act, 15 U.S.C. §1601 ("TILA"), 28 U.S.C. § 1331, and 28 U.S.C. § 1337, Federal Trade Commission Act Section 5.

3)      The Court has supplemental jurisdiction over myself due to state and common law claims pursuant to 28 U.S.C. § 1367.  Venue is proper in this forum pursuant to 28 U.S.C. § 1391 because the property subject to my residential mortgage loan is located within this District; the Defendants transact and have previously transacted business and may be found in this District.   A more than substantial portion of the practices complained of herein occurred in the District of Colorado.

4)      All conditions precedent to this action have occurred, been performed, or have been waived.

5. )     This case is being submitted to this U S District Court in order to determine the nature, validity and extent of this lien in order to disallow this security instrument due to but not limited to the following:

INTRINSIC AND EXTRINSIC FRAUD; FRAUD IN THE INDUCEMENT; CONSPIRACY TO

COMMIT MORTGAGE  FRAUD;

TILA VIOLATIONS, QUIET TITLE, LIBEL, OPERATION OF ILLEGAL INSTRUMENT;

OPERATION OF A FABRICATED

NON EXISTENT INSTRUMENT.

6)      The CAUSE OF ACTION(S)  in which relief may be granted:

First:        (42 U. S. C. S 1892  Provisions against conspiracies to interfere with Civil Rights;

CONSPIRACY TO COMMIT FRAUD; (18-2-20) I am disputing these parties

rights to obtain pay or property as no defendant possess the original wet ink

Promissory Note nor Deed on behalf of the investor resulting in the misuse of my personal

and official information (Colo Rev Stat. Ann. S 18-8-402 and Official Misconduct

Colo Rev. Stat. Ann. S 18-8-404).

Second:        FRAUD IN THE INDUCEMENT; Under Colorado law, the elements of a claim for

fraudulent inducement are: (1) the misrepresentation of a material fact;

(2) the justifiable reliance on that representation; and (3) such reliance resulting

in damage.  A failure to Disclose a Conflict of

Interest has caused substantial difficulties. (Colo. Rev. Stat. Ann. S 18-8-308)

Third:        UNJUST ENRICHMENT by fraudulent transfer in violation of C.R.S. §

38-8-105(a); (b);

Forth:        MATERIAL BREACH OF CONTRACT; FIDUCIARY DUTIES

Fifth:                MALPRACTICE; MISCONDUCT

Sixth:        VIOLATION OF OATHES OF OFFICE

III     STATEMENT OF CLAIM

7 )      With regard to the mortgage on my home, there has been no acknowledgment

from any party pertaining to my requests to extinguish my current Promissory Note

securing my property and rewrite a legitimate instrument that is legal within THE STATE OF

COLORADO which is where this claim occurred.  I now find myself before you seeking

Injunctive Relief and damages in order to correct the deceptive practices inflicted upon me over

the course of the past 14 years, while attempting to conduct legitimate mortgage

business in Colorado.

8)      LEGAL DESCRIPTION OF PROPERTY IN QUESTION

MOORES PARK HEIGHTS 01311 BLOCK 8, LOT 14, AND NORTH 1/2 OF LOT

15

EXCLUDING REAR 6 FEET TO CITY, ALSO KNOWN AS STREET AND

NUMBER

2237 EUDORA ST. CITY AND COUNTY F DENVER, STATE OF COLORADO

9 )      I, L L Loeb, Plaintiff do hereby challenge and dispute the validity of the

promissory note securing the Deed of Trust on my residential property known as 2237 Eudora

St. Denver Colorado.

10)      This case arises from an extensive Conspiracy to commit Mortgage Fraud which

to my recent knowledge, began on November 24, 2004 (18-2-20) purported by First NHL

Financial Services, LLC, a subsidiary of Arlington Assets Investment Corporation, LLC. (Parent

and MBS company.) (Exhibit  1 & 5 ) .  This institution was my original Lender.  I will attempt to

enjoin each defendant to meet my burden of proof thus verifying the cause of action and

establishing the conspiracy, material breach of contract and  breach in fiduciary duty that has

affected me and occurred in my loan.  These activities destroyed any ethical or professional

trust I had instilled in the abilities to extend finances to me in order to purchase a residential

property in Denver Colorado. (Article II, Bill of Rights Colorado Constitution Section 3)

11)      My loan is based on concealment as well as constructive fraud.   The

concealment of the materially existing fact that, in equity and good conscience, should have

been disclosed as well as knowledge on the part of the party against whom the claim is

asserted that such a fact is being concealed and my absolute ignorance of that fact has been

concealed.   Every intention displayed the fact that the concealment was to be acted upon.

These actions resulted in damages. (Ackmann v. Merchants Mortg. & Trust Corp., 645 P.2d 7,

13 (Colo. 1982).

12)      The constructive fraud showed an absolute premeditation to deceive me and

utterly violate my confidence.  This fraud became apparent due to the special confidence and

fiduciary relationship that existed.  This gave all parties the power and means to take undue

advantage of me. (Scott Sys., Inc. v. Scott, 996 P.2d 775, 780 (Colo. App. 2000).

13)      The Promissory Note, of which attempts are being made to illegally foreclose on

my property, is being presented as the original promissory note. (EXHIBIT.  6 ).   It is, in fact, a

fraudulent Adjustable Rider and Deed of Trust which has been substituted for my original instrument. The incorrect instrument was recorded at the Clerk and Recorders office in Denver as the authentic Promissory Note securing my Deed of Trust. The improper security instrument was recorded 6 months after closing, on May 23, 2005. (EXHIBIT. 31 )

14)     My original Promissory note, which was agreed upon and signed by my myself and First NLC Financial Services, LLC, is a 30 year fixed Conventional loan containing 2% interest with the 1st years payments of principal and interest deferred not the substituted adjustable arm that is stated to be my original mortgage. (Exhibit 4.  )

15)     First NLC Financial Services was to service this loan for 3 years prior to transferring the MBS. This instrument was later discovered to be a Hybrid loan that was Negatively Amortized. In May of this year, 2020 Chase forwarded documents to me stating that they are aware that this instrument is Negatively Amortized. (Exhibit. 54). These types of loans are illegal in the State of Colorado and considered predatory.. (5-3.5-102) (c).  I am obviously not an Attorney. I was unable to secure Council as Attorneys are being advised to refuse these types of cases, leaving a debtor, such as myself, with no other choice but to stand on the side of right, alone, to fight for their investments and Rights. The attorneys that are retainable, appear to leave a person in worse condition than they were prior to the retention.

16)     *At this time I would invoke the Accord Doctrine.*

V.                    **IRREPERABLE INJURY**

17)     On November 24th 2004, the same day of my loan closing with First NHL Financial Services, Llc, a document entitled "Loan Verification Agreement" (Exhibit 8) from First NLC Financial Services (a subsidiary of Arlington Assets Investment Corp, LLC) is present showing that J P Morgan Chase Bank and Deustche National Bank as Trustee for the Morgan Stanley Series 2005-2 passthrough certificates state that they are "Foreclosing Entities" verifying that this home was not intended to belong to me. (Title 5 § 5-19-236. unfair or deceptive practices) (Exhibit 6)

18)     This document should conclude my case as it shows intent to defraud making these instruments void in the inducement. This document exhibits the premeditated thought of placing my loan into inevitable foreclosure from its inducement, thus establishing fraud.

19)     The Terms and Conditions of my original instrument made this note a 31 year

loan.  This type of loan is considered a hybrid loan.  The substituted fraudulent adjustable arm mortgage is presumed to be courtesy of Nationwide Title Clearing, a document processing company located in Florida.    This Company has been tried and found guilty on more than one occasion for fraud and improper business practices (Exhibits 45 and 46; AG from Illinois and Washington bringing suit against Nationwide Title Clearing Llc)

      20)      As stated, the substituted instrument contains negative amortization and has been illegal in the State of Colorado since May of 2002. (CRS Title 5 CCC S 5-3.5-102 ). In addition, the Instrument contains forgery, (C R S18-5-102) conducive to Robo signatures . (C.R.S. 18-5-102); notary fraud in violation of the Notaries Public Act (CRS.12-55-102; CRS 24-21-502; 505);  and predatory practices. (Exhibit 3)

      21)      My original Promissory Note states that the first payment was not due until December 24, 2005 allotting the 30 day grace period which is standard procedure for Mortgage loans.  (C R S Title 5 ). My conventional loan was to be serviced for the first 3 years by the original lender, First NHL Financial Service , LLC but was later seen being transferred to J P Chase Bank on May 23, 2005 which is one day shy of 6 months.

      22)      I had no knowledge of this transfer until documents were supplied to me by Chase much later.    No appropriate transfer documents were written or recorded in the County, making it impossible to track my loan.(Exhibit 18 and 34). This is seen as a fraudulent transfer in violation of C.R.S. § 38-8-105(a) (b)

      23)      This transfer violated the original terms of the loan agreement.  I had no reason to follow up with the Clerk and Recorder to verify that this instrument was properly recorded. Had I have do so, I would have discovered the substitution which is now being claimed, as stated, as my original note.

      24)      I have (2) two Affidavits from both corporate officers from First NHL Financial Services , LLC and Corporate Chase Bank concerning lost assignment and no Security Instrument existing.  The first affidavit establishing Lost Instrument, is signed and notarized by the Vice President of First NHL Financial. Services, LLC.  (Exhibit. 13  )

      25)      The Vice President of Chase Bank issued the second affidavit as verification that there is no evidence of a Security Agreement in place tying my loan and property to myself  nor can one be located.. ( Exhibit 14).  My original documents have been lost or destroyed .

      26)      Despite the fact it is stated that my Promissory Note has been lost, the

Adjustable Arm appeared. (Exhibit 6).  I was unaware that this instrument was in existence until it was supplied to me by Chase Bank.  This proves that the parties claiming that they are the qualified holder of the note; the US Trustee overseeing this note; the designated attorneys claiming to be debt collectors attempting to collect the debt established by this note; the clerk and recorder collecting taxes on this note, the title company and the insurers of the note are indeed conducting financial business on a non existent, fraudulent instrument.  Therefore,  all transactions pertaining to my mortgage are falsely operating on manufactured numbers.  The terms and conditions were altered when the "Arm" was introduced.

27)    It appears that the only surviving document was the original Colorado Warrantee Deed through Harriet Konick Trust (Exhibit. 10 ).   The Warranty Deed was also dated the same day of my closing, November 24, 2004.

 This document clearly states the purchase price is different than that written in the Warrantee Deed ( exhibit.  ).  It has been made known to me that all documents ceased to be in existence prior to the Loan Modification done in 2012. (Exhibit 19)

28)    Again, these activities show evidence of Forgery by way of Robo signatures (CRS. 18-5-102).  Forgery would automatically void any legal document and holds no statute of limitations.  There is no completed Assignments to either J P Morgan Chase or Deutsche National Bank Trust .(Exhibit. 11  )

29)    My Deed of Trust is incomplete which was issued by Designated Council Attorney Don Meinhold. (Exhibit  12  ).

30)    The first foreclosure attempt and Rule 120 process began in 2008 (Exhibit 9). This incomplete deed of trust states "Return to the Bankruptcy Court" via Atty Meinholds office presuming that I would find myself in Bankruptcy Court. (Exhibit 53).   The law firm of Meinhold, Castle and Stawiarski were of  Designated Council  and were a Retained Attorney firm. This firm is the first of (5) five Designated Council firms who have filed these frivolous Rule 120 hearings against myself, spanning the course of a 14 year period.(Exhibit 9 ).

31)    These firms are known as RAN Attorney firms (Retained Attorney's Network). They operate as undisclosed principals.  Designated Council firms are seen as:
*Federal Attorneys practicing in a State Court, undisclosed;

            *Out of Jurisdiction for all Proceedings and Rule 120 hearings held in the State District Courts.  Under Federal Law, any discrepancy within a Promissory Note is to be

heard only in Federal Court.

      \*They are debt collectors retained to conduct fraudulent Mortgage Foreclosure practices and frivolous Court proceedings throughout our Country. (Exhibit 40 Meinhold and Shapiro case)

      \*They were created by our Congress in 1997 to deny our inalienable right to own property;(Declaration of Independence);  improper seizure of personal properties and land belonging to a citizen of a State within the US.

32)    The purpose of the firms when created by our Congress was done in order to help the Mortgage industry to remain "fluid" thus supplying money to support lending practices stated to fund the subprime industry.   The Chief Executive Officer  for FNMA is heard stating the the FHFA "was not a good idea."  The end result is the illegal possession of homes by fraudulent foreclosures.  This is and has been occurring for over 2 decades.

34)    This Network was to be dissolved in 2011. (Exhibit 42)  This did not come to fruition.  In addition, Attorneys from these firms have been disbursed into local government offices and continue to commit criminal acts with no repercussion for their actions to the homeowners across the Nation.  This is allowed due to our Federal Governments protection of their creation.  (Exhibit 12)

35)    In relation to a Public Trustee sale, 2017 Colorado Revised Statutes Title 38 - Property - Real and Personal Real Property Article 38 - Foreclosure Sales Part 5 - Issuance of Public Trustee's Deed, Sheriff's Deed, and the Nature of Title§ 38-38-502 known as the form of conformation deed required for a public trustee's sale as shown in the exhibit, was never presented to me nor recorded on my behalf throughout all the attempts made to seize my property.  (EXHIBIT 24 )

36)    This documents is most necessary in order to conduct and tract mortgage business practices within Colorado.

37)    When reviewing the first attempt to illegally foreclose on my property by  the Retained Firm of Caste, Meinhold and Stawiarski LLC,  Attorney Don Meinhold was registered as a debt collector.  He is attempting to collect this debit in the State of Colorado.  The sale was withdrawn in 2009.  (EXHIBIT 9   ) (12 CFR Part 226).

38)    The next attempt was made in June of 2010 by the same firm and dismissed in 2011.  The third attempt was in August of 2015 from the Lawfirm of Medved, Dale, Decker and

Deere, LLC.  This was aborted in 2016.  The forth attempt was in December of 2016 by the same firm, Medved Dale, Decker and Deere, Llc.  It was withdrawn in 2017.  Which brings us to where I am today,  This foreclosure proceeding began in August of 2018 and is pending. (EXHIBIT  37 & 38  ) This is the reason why Injunctive Relief is being requested of this Court today.   I would suffer irreparable harm if these fraudulent actions were unaddressed.

39)     SPS as stated, took no payments from me after I diligently paid Ocwen for my home fulfilling my Loan Modification agreement.  (RESPA 12 U.S.C. § 2605(e)(1) and (2);

40)     In 2005, the loan transferred from First NHL Financial to J P Morgan Chase Bank prematurely, 2 and a half years prior to the (3) year servicing agreement made on Nov 24, 2004. Payments were made and a Principal Reduction was applied. (Exhibit20, 21, 22).   My payments upon receipt into Ocwen Financial were being overcharged and additional monies were applied in order to accommodate a Corporate Advancement (aka Designated Council) fees. (Exhibit 24 and 25)   This was leaving me behind with a negative balance each month unbeknownst to me as well as the neg am already present in the loan.

41)     Chase stated that they do not write Neg Am loans yet in documents recently received, they state that they are aware that the loan is Negatively Amortized.   After many attempts to correspond with them requesting a legal instrument, no attempt to rewrite the loan making it legal within the State of Colorado has ever been attempted.   My last payment to Ocwen Financial was August 14, 2014. It was then transferred to SPS who refused payment stating I was in default.  They absolutely refused to take any payments.(RESPA violations)

42)     After the Loan Modification went into affect in 2012 and every payment was made, I was still being attacked by these Attorneys.  There is no mention of Corporate Advances for any legal services or fees as there should have been none required within the Modification or any other loan I have had previously. (EXHIBIT 37   )

43)     Bill Paatlow a Private Investigator and narrator, is one of the few Mortgage Fraud Investigators, certified to testify in State and Federal Court venues.  His resume and statements concerning Fraud within these entities found doing business within my Mortgage is included in my supporting documentation and can be seen in the Exhibit list.  (EXHIBIT 23  )

44)     With regard to the Notary Deficiency seen on  several of my documents, the Notary does not affix the wet ink stamp nor their ID #.  (EXHIBIT 31   ).  This is a mandatory requirement on any legal document in the State of Colorado,  This is 100% necessary to allow

any document to Stand Up in a Court of Law.  I also had not left the State of Colorado in order

to be present to sign any document in front of a Notary.  My Documents were notarized in the

State of Florida of which I was not present. .  This action also appears to void my contract.  It

does not conform to the States guidelines for a legally completed instrument in Colorado.  Title

24 Article 21 Part 5 Revised statute 24-21-523 states the proper grounds of which it would be

proper to deny, remove, revoke or suspend this title.

45)  In reference to Deustche  National Bank and Trust, they are not to be enjoined in

any Foreclosure action as they are the holder of the Mortgage bond yet they continue to appear

in every Rule 120 against me along with Morgan Stanley here.  They are stated as being the

Trustee for the Series 2005-2 Mortgage passthrough  not the Lender or transferee,

guaranteeing this mortgage originally purchased from First NHL Financial, LLC.

46)  To reference history concerning these banks and previous legal actions, in 2011,

the agency had a number of other big banks in the crosshairs as well. JPMorgan (JPM) was one

of 18 financial institutions the FHFA sued back in 2011, accusing them of selling to Fannie and

Freddie securities that "had different and more risky characteristics than the descriptions

contained in the marketing and sales materials".

47)  Fannie and Freddie, the government-backed housing finance firms, sustained

massive losses on mortgage-backed securities as the housing market imploded, requiring a

bailout of over $187 billion. The firms have been controlled by the FHFA since their 2008

rescue. Swiss lender UBS has already reached an $885 million settlement with the FHFA in

connection with losses Fannie and Freddie sustained on over $6.4 billion worth of mortgage

securities. The agency also settled for undisclosed sums earlier this year with Citigroup (C) and

General Electric (GE). The FHFA is reportedly seeking $4 billion from JPMorgan to resolve its

claims over $33 billion worth of securities sold to Fannie and Freddie by JPMorgan, Bear and

WaMu.

48)  Bank of America (BAC), which acquired Countrywide and Merrill Lynch during the

crisis era, could be on the hook for even more. The Charlotte-based firm is facing claims from

the FHFA over $57 billion worth of mortgage bonds. In all, the 18 FHFA lawsuits cover more

than $200 billion in allegedly misrepresented securities. The question of whether any individual

bankers will be held to account is another matter.

49)  *Thus far, criminal cases related to the packaging and sale of mortgage-backed*

*securities have been conspicuously absent.* The proposed JPMorgan settlement covers only civil charges, and would not settle the question of whether any individual executives engaged in wrongdoing. There was an ongoing federal criminal probe based in Sacramento, Calif., the state where Washington Mutual was based. JPMorgan originally sought to be protected from any criminal charges as part of this deal, but that request was rejected by the government.

50)      I have experienced Forced Placed Insurance (Exhibit 36) and although AllState, Safeco and State Farm are more than worthy insurers they were rejected by SPS. In light of the information set forth in my complaint, it is abundantly clear why no criminal proceedings have occurred, only monetary and why these unconscionable acts continue.

51)      Upon the removal and replacement of my homeowners insurance, I requested a document from  SPS explaining why my Insurance did not meet their standards. They have again, never responded to my question.  This is yet another unfair method of competition and falls in violation under the Unfair and Deceptive Practice Act, Colorado's Anti Trust Laws concerning monopolies and violates the Sherman Act,  Section 1 and 2 (CRS Title 10 10-3-1104)

52).  Moving forward, as previously stated, I received a Principal Reduction and loan Modification of which all payments were paid in full and on time per terms of the modification agreement which is an instrument of Fannie and Freddie.   I discovered upon transfer from Ocwen to SPS that my payments to Ocwen financial were never credited to my loan.   The Court will find my Payment Histories from Chase Bank and Ocwen. (EXHIBIT. 21  &. 22  ) There is no payment history other than the entries and Corporate Advances for SPS.  (Exhibit 25)

53).  No history for SPS exists as they did not allow me to make a single payment on my home when it was transferred to them from Ocwen Financial Services.  I was denied  any information from PHH who merged with Ocwen stating that unless I had an active account with PHH, no information would be available concerning Ocwen.  I have been forced to simply place my payments into a separate bank account.  I am here today requesting Injunctive Relief as there is nothing to keep these Federal Attorneys from coming through and conducting the same activities with their ultimate goal of illegally taking my home from me.

54).  Ocwen Financial Services, shows there is legal precedence due to the fact that Ocwen is known for failing to credit payments.  They are also known for submitting bulk

payments with no designation of where they are to be applied. (Exhibit 43 &$ 55). When reviewing the Trustees Bid, it shows no credit of any payments at any time, discounts any reductions and Loan Modification. (Exhibit 24)  Once again, Halliday, Watkins and Manns, Attorneys Heather Deere and Toni Owen are attempting to foreclose on this illegal instrument without credit applied.

56). Since my Loan Modification was received in 2012, it was never recorded into my Land File nor were any Transfers of Service, etc; (Exhibit 31) .  If the instrument were to be considered authentic, that document would be the correct and "appropriate" document in which to be foreclosing as it superseded the Original Deed thus altering the terms and conditions, *if it were to legally "exist", that is.*  This Loan Modification also did not contain the Legal Description of my home nor was the Balloon Payment legal in its application and affect.  Once again, it was not recorded within Denver County Land File records.

57).  Technically, since the Loan Modification was to have been the last Instrument which is generated through Fannie Mae and Freddie Mac's Uniform Instrument, the loan should belong to them not to Chase or Deustche making them the Qualified Holder of the Note.  This has never been stated or brought to my attention including the use of Undisclosed Principals in the form of Designated Federal Attorneys.

58).  In relation to SPS, the Court will see inflated payments and excessive Property Inspections and fees in my Payment History.  This document history shows that the current Servicer, SPS is indeed paying and over-paying these Designated Council Law Firms of which currently is Halliday Watkins and Mann LLC and the previous Designated Council firm of Medved, Dale, Decker and Deere for Default Legal Services.

59).  Attorney Toni Dale, ( Owan) and Attorney Deere have transferred through these Law Firms for many years.  Medveds firm began years ago taking them to the current Designated Council Firm of Halliday Watkins and Mann, LLC.  In 2013, this current firm prior to Attorney Watkins arrival, was prosecuted for fraud in Utah by their Attorney General. (Exhibit 16 ).  Colorado's previous Attorney General John Suthers has Brough suit and fined these Attorneys and their firms in 2014 for excessive fees.  He imposed a permanent injunction on these firms for continuing to these activities.  The law firms that the past AG Suthers charged included Castle, Meinhold, the Janeway Lawfirm, Medved Dale Decker and Deere as well as Aronowitz and Mechlenberg. They are all of Designated Council. Aronowitz and Mechlenberg

were basically "run out of town."

60)      In light of the evidence showing Select Portfolio Services paying these Designated firms, it establishes the Conspiracy to Commit Fraud (Ch 27 27:1; 27:2 Unlawful means: 27:3, Unlawful Goals) as seen in its inducement, and under the Color of Law.  Violations of the Federal Securities Act, Federal Trade Commission Act and others previously mentioned. Our State and Federal Constitutions seem to be ignored at times in relation to the right to own Property. (Article II Bill of Rights in Section 3.)

61).      Revisiting our Inalienable rights,  all persons have certain natural, essential and inalienable rights, among which is the right of enjoying and defending our lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining safety and happiness.

62).      These activities violate the FDCPA as the originating Attorney Don Meinhold was registered as a "Debt Collectors" in the State of Colorado.  This action in itself, places these Attorneys under an umbrellas consisting of all Designated Attorneys as indeed being "Debt Collectors" in the State of which they are registered to practice law.  It violates the Deceptive Practice Act for reasons stated previously.   In the previous case concerning Attorney Meinhold, (Exhibit  40), our Supreme Court reverses the Trial Courts decision stating an Err in the fact that they find that these attorneys *are seen as debt collectors attempting to collect a debt.*"   This case, if it were known, could overturn the recent 2018 Obdusky Supreme Court decision. (Exhibit 44 ).   Our Supreme Court err'd in returning any fines to Attorney Medved's firm, stating that they were excessive.

63).      In a bi annual meeting, with Attorney Holly Shilliday, Managing Attorney for the Designated firm of McCarthy and Holthus LLC it is made clear that Senate 216 "*did not change the law*", stating that the Attorneys in Non Judicial foreclosures, " *were considered Debt Collectors" and "do fall "under the rules of the FDCPA.*  I would ask the difference between Judicial and Non Judicial proceedings as  both cases are seen, heard and decided by a Judge who then passes a final ruling on these cases.

64).      With regard to the second Title Company within my Loan, Presidio Title is now out of business within our State.  There is only one true Chain of Title which would not incorporate the excessive parties involved in my Loan.  (Please refer to the Secretary of State Documents ).

65).    When reviewing the Public Trustee records, there is an entry showing my Loan

Modification  (Exhibit 29 ) and  the fact that is was just submitted in 2018.  I was unaware that it

would takes 6 six years to introduce the Modification, previously drawn, yet not recorded into my

Land File in 2012.  And as stated, remains unrecorded.  I have recorded several Lis Pendenses

into my Land File in Denver discussing the fraud and clouded title that exists (Exhibit  15 ).

66).    I have yet to this day, to receive a response from SPS for any of Qualified

Written Requests. (12 US Code S 2605/ 28 US Code S 651 Dispute Resolution)  concerning

the breakdown of fees paid forward, reasoning for payment refusal and several additional

inquiries. (Exhibit 27 & 37).   Two weeks is the allotted timeframe for a response from the

Servicer.  They are to verify receipt of the document within 7 days as stated under RESPA.

SPS continues to mail paperwork to the P O Box thus attaching the letter "B" to the mailing

address. (Exhibit 35).   They also send documents to my home which has never been my legal

"mailing" address.  The P O Box has been verified through the USPS by a notarized letter

stating the proper mailing address and forwarded to them, to alleviate any additional errors.

This has not affected the way SPS treats me. These attempts appear to be SPS's way of seeing

that I do not properly receive pertinent documents.

67).    As stated previously, Chase has been contacted on numerous occasions and

they have refused to create a legal instrument.  The seem to be allowing all previously displayed

harassment, undue stress and illegal activities to continue against me when all I ever wanted

was place to call, "home".  I have always been willing to pay, attempted to pay and *have paid* on

my agreement thus keeping, at least attempting to keep, my end of the contract.

68).    For me to be able to recover from the defendants named in this case which

claims and validates all aspects of both criminal and civil conspiracy,  I have found that all of the

following allegations have been proven by a preponderance of the evidence:  The following (4)

*Elements of Liability* exist thus proving the Conspiracy to Commit Fraud within the Securities

Market and the Mortgage industry.

69).    1.    The defendant(s) beginning with the original lender, First NLC Financial

Services, Llc, which has been verified by me through supporting documentation, is observed the

very day I  closed on my property located at 2377 Eudora, Denver,  Colorado,  80207, to have

enjoined and agreed upon with undisclosed parties leading up to, as well as incorporating

parties known to me through written contract; their spoken words and the conduct displayed

6/10/20, 1:50 PM

throughout these attempts, continue to try to illegally obtain my property.   They are still attempting to accomplish this blatantly premeditated unlawful goal of conspiring to commit mortgage fraud against myself.   Please know that all taxes are paid for 2237 Eudora Street Denver CO 80207 to present date. (Exhibit. 16   ).   The 1089 forms are also documented showing payments made on my interest. (Exhibit 33)   Their attempts to facilitate and accomplish this goal through unlawful means is more than evident throughout the (5) frivolous cases brought against me;

        70) One or more unlawful acts were performed attempting to accomplish this goal. Under ta violation of the Fair Debt Collection Practice Act, Designated Council is recorded stating that they are debt collectors attempting to collect a debt;  this type of collection activity is practiced on a regular basis and qualifies as a violation under FDCPA;
The word "May" is being used to to liberally accommodate each violation of law within these cases.

        71)   I have had emotional stress and a great deal of money set forth to fight these illegal activities; and

        72)   These issues were caused by the acts performed to accomplish the goal.  These inferences and allegations are strong enough to withstand a Motion to Dismiss as everything reiterated to this Court is true and correct and that there is so much intrinsic and extrinsic fraud appearing within them..

        73)   In closing, with reference to the Homestead Act and its recent suspended operation; this appears to have been done without the appropriate disclosure to the citizens and constituents,  nor a vote on its operation.  On the last page of these Deeds of Trust, within the last paragraph of what appears that these documents are worded containing identical content as seen in many fraudulent Instruments of this nature, It states that the signer waives their right to the Homestead Act.  I do not believe that this was either explained to the applicant nor read to them or by thus allowing them to make an appropriately informed decision.

        74)   Since the number of loans containing this caption seem to be endless, it appears that since no one realized the need to challenge this waiver concerning the Homestead Act (Exhibit    ) then the provisions granted within it must not be wanted or would not be missed if it were suspended or removed.    I believe that has recently occurred within Colorado incorporating the next(3) three years.  That is extremely incorrect if it were to be assumed to be

something simply taken for granted.  Seniors as well as homeowners have come to rely on this Act as a buffer and as an earned privilege in being qualified to apply.  This is regarded in theory and opinion only.

### IV        RELIEF

75)   These intentional activities have destroyed my credit and made it impossible for me to secure another loan from another lender.   It has made it almost impossible to establish a credit standing all through no fault of m own.  I have endured many years of anguish throughout the life of this loan on a property that was never intended to be owned by myself but to default as an REO parcel.

76)   At this time I would request that due to the corruption portrayed within these frivolous lawsuits previous brought upon me but unknowingly being placed in a target loan, I would request of this Court  for a Final Resolution, Permanent Injunction, and Damages. I have requested on multiple occasions, the reconstruction of the original loan making it legal within the State of Colorado,  removing the Negative Amortization and balloon payment within my Loan Modification and for the Servicer's to accept and credit the payments as they were intended; yet all this has thus been denied by both the Mortgage Company, Bank and/or Servicer; therefore, upon careful consideration while weighing the quality of life I have lost, of what I have left, the stress inflicted and length of time this has been occurring, I would also ask this Court to release my Deed of Trust to me and to extinguish the fraudulent Promissory Note allowing any hold or lien  to incorporate said property and deemed this note to be paid in full.

77)   I would request my Credit Rating be restored and updated,  removing all negative entries concerning any reports submitted to all 4 agencies from all parties enjoined in these proceedings and all  attempts to defraud me thus reestablishing my credit .  I am requesting that All Court and Attorney's Fees be repaid to me since the beginning of this fraud in 2008.

78)   I would ask that this Court repay me for the time these proceedings have taken away from my life and its quality.  I would ask that this Court grant these requests thus relieving me from any further contact either in a business or personal nature with these offending persons, Agencies, Corporations, Companies, Firms  and Enterprises.   The length of time and reduction of my quality of life that these attempts to defraud a person who placed their trust in our nations Mortgage and lending system has been so flagrantly abused.

79)   Finally and most importantly, so that there is no doubt in the fat that these

documents were destroyed and all monetary figures have been and would continue to be prefabricated if this injunction were not granted, *I would ask of this Court to demand on my behalf, that the original wet ink instrument signed by myself, consisting of the Promissory Note signed November 24, 2004 and Original Deed of Trust told to me that they are being held as a Security of Mortgage, be presented to this Court as verification of this debt.  I would ask the Court to allow for one (1) week to complete this request.*

80)   There are safeguards which were to be enacted and rules to follow that have been admittedly disregarded by the offending parties.  They were to keep us safe yet introduced us to an Instrument that was null and void at its inducement.   With this in mind, the breach of Trust and Material Breach of Contract due to Fraud in the Inducement ; I would request Punitive and Compensatory Damages as well as treble damages to be awarded, due to the magnitude of this fraud and its origination.  The fact the the Office of the Inspector General has addressed this issue and filed a report as to how unconstitutional these firms are should be enough to have them dissolved permanently.

81)   I hold hope that the Judge is a fair and insightful Judge.  With that in mind, after the proceedings are scheduled and I am allowed to present all supporting documentation and the Case, I pray is won in my favor thus settling all issues, I would request that this case and any other related cases against myself be DISMISSED WITH PREJUDICE.

82)   I would request that we are not forced to waste additional time or  monies for the unnecessary frivolous continuation nor appeal in this matter that might be forced to be sought due to any objections.  However, we would retain the right to, If need be.  My information is sound and correct .

IV                              **Certification and Closing**

83)   Everything since 1997 that concerns proceedings such as this, has cost our taxpayers exorbitant and unexplained tax increases as well as other burdens in order to fund this Fraud.   This is the true cause of the U S Mortgage Crash in 2008.  I appreciate being allowed to state the fact that this needs to be seen exactly for what it is.  It needs to be addressed straight forward showing the devastation it has caused as it continues to cloak our Country today.

84)   Our Government was placed in power to work for us.  It is unfortunate that this fundamental issue has been shrouded  from the eyes of the public, in the name of greed.  When

speaking with past Governor Richard Lamm, he made it clear in stating that our County needed to gain control of its Government before, "we indeed had none".

85)   Statements were made by several Attorneys that the American People, of which I believe we all are, have become "complacent". This is far from the truth. We simply did to see this coming. Laws were enacted for the protection of everyone. They are either for everyone, or no one. I pray the Honorable Judge assigned to my case to set forth Justice.

86)   With all due respect, please know my sight is extremely challenged as I am legally blind. The ADA violations within my cases have been extraordinary, disrespectful and absolutely unwarranted. Also, accept the fact that I am not an Attorney but a 72 year old blind woman.   I have done the very best possible job to respect and accommodate the profession and the rules which govern these proceedings. Please accept my apologies if I fell short in anything that was expected of me in this complaint.

87)   The underlying federal question to ask to help me better understand the reasoning behind these acts would be:

What has the American Public done, that was so wrong to deserve, withstand or be subjected to treatment such as this type of fraud, disrespect and abuse while simply attempting to purchase a home to call ones own.

88)   The positions that our representatives occupy are there because of the People, they are elected by the People  sand placed in the hands of those we allocated to appoint persons  who we hoped would have had our best interests in mind. These Representatives work for the People, for Us and they would hold no position nor have  authority or power over anything or any one if it weren't for US.  We granted them the power to run our Country, not run it into the ground.  This appears to be temporarily forgotten.


Submitted With all Due Respect on this Day, June 9, 2020


L L Loeb. Pro Se

P.O. Box 767

Littleton, CO. 80160

C/c

A.  For Pro Se Parties

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                                June 9, 2020

Signature of Plaintiff            _____

Printed Name of Plaintiff              L L Loeb Pro Se et al

Please excuse the improper spacing within this document.  I am using a Mac computer and upon final print between the unit and printer, it is generating the issue.  It does not look that way prior too printing.  I was unable to provide more  case related references due to my lack of vision.  I may have put too much emphasis on the legal aspect which was not recommended.  I could not read the amount of information required and contained within supporting cases. Apologies. Thank You

LOEB

Civil Rights Cont.                          STATE AND FEDERAL LAWS AND STATUTES
         LOEB

| | | |
|---|---|---|
| AMEND MENT XIV | Passed by Congress June 13, 1866. Ratified July 9, 1868. Note: Article I, section 2, of the Constitution was modified by section 2 of the 14th amendment. Section 1. | All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws |
| § 1982. | Property rights of citizens | All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property. (R.S. § 1978.) |
| Article 18. Section 1. | Homestead and exemption laws | Section 3 The general assembly shall pass liberal homestead and exemption laws. |
| Inaliena ble rights. | | All persons have certain natural, essential and inalienable rights, among which may be reckoned the right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness. |
| Section 6. | Equality of justice | Courts of justice shall be open to every person, and a speedy remedy afforded for every injury to person, property or character; and right and justice should be administered without sale, denial or delay |
| §1982 TITLE 42— THE PUBLIC HEALTH AND WELFA RE | Article III Section 2. | The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed. |

LOEB

| | | |
|---|---|---|
| | (3) Depriving persons of rights or privileges | If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any per- son or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.(R.S. § 1980.) |
| | (3) Reasonable accommodation and good faith effort | In cases where a discriminatory practice involves the provision of a reasonable accommodation pursuant to section 102(b)(5) of the Americans with Disabilities Act of 1990 [42 U.S.C. 12112(b)(5)] or regulations implementing section 791 of title 29, damages may not be awarded under this section where the covered entity demonstrates good faith efforts, in con- sultation with the person with the disability who has informed the covered entity that accommodation is needed, to identify and make a reasonable accommodation that would pro- vide such individual with an equally effective opportunity and would not cause an undue hardship on the operation of the business. |
| Section 7. | Security of person and property , searches , seizures , warrants. | The people shall be secure in their persons, papers, homes and effects, from unreasonable searches and seizures; and no warrant to search any place or seize any person or things shall issue without describing the place to be searched, or the person or thing to be seized, as near as may be, nor without probable cause, supported by oath or affirmation reduced to writing. |
| Section 10. | Freedom of speech and press | No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and in all suits and prosecutions for libel the truth thereof may be given in evidence, and the jury, under the direction of the court, shall determine the law and the fact. |
| Section 25. | . Due process of law. | No person shall be deprived of life, liberty or property, without due process of law. |
| § 2000d–7 Civil rights remedie s equaliza tion | (a) General provision | (1) A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq ], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance |
| | | (2) In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State. |

LOEB

| | | |
|---|---|---|
| | (b) Effective date | The provisions of subsection (a) of this section shall take effect with respect to violations that occur in whole or in part after October 21, 1986. (Pub. L. 99–506, title X, §1003, Oct. 21, 1986, 100 Stat. 1845.) |
| Section 28. | Rights reserved not disparaged. | The enumeration in this constitution of certain rights shall not be construed to deny, impair or disparage others retained by the people. |

ort fraud statutes

6/9/20, 3:33 PM

LOEB

State and Federal Statutes and Laws                LOEB

| State: | Statutory Citation And Criminal Penalty: | Civil Provisions: | May Attorney General investigate or prosecute? |
|---|---|---|---|
| Colorado | Colo. Rev. Stat §12-61-911 and §18-4-401(9) If a person is convicted of or pleads guilty or nolo contendere to theft by deception and the underlying factual basis of the case involves the mortgage lending process, a minimum fine of the amount of pecuniary harm resulting from the theft shall be mandatory, in addition to any other penalty the court may impose | A court shall not accept a plea of guilty or nolo contende to another offense from a person charged with a violation of this section that involves the mortgage lending process unless the plea agreement contains an order of restitution in accordance with part 6 of article 1 3 of this title that compensates the victim for any costs to the victim caused by the offense. | §12-61-911         YES *Not specified* §18-4-401(9) |
| Rule 12(b) (6) | Motion to Dismiss | THIS COMPLAINT WILL WITHSTAND ANY MOTION TO DISMISS | |
| CRS 18 -8 -5 0. 18 -8 -5 0. 18 -8 -5 0. 18 -8 -5 04 an d 18 -5 -9 01 | Perjury | ALL CONTEXT, CONVERSATION AND ACTIONS FROM EVERY DEFENDANT NAMED WITHIN THIS LAWSUIT HAS COMMITTED PERJURY | |
| 12 U.S.C. § 2605(e) | REGULATION X | By failing to timely and adequately respond to members' Qualified Written Requests concerning improper fees and interest charges, and failing to take corrective action. Defendant SPS, as the servicing agent for the other Defendants, has engaged in numerous wrongful loan servicing activities, including, but not limited to, the ones set forth herein. | |
| | CONSPIRACY TO COMMIT FRAUD | PRIMARY CAUSE OF ACTION AS BASIS TO FILE A CLAIM IN WHICH RELIEF CAN BE GRANTED | |
| | DECEPTIVE PRACTICES | NEGATIVE AMORTIZATION WITHIN THE PROMISSORY NOTE, EXCESSIVE BALOON PAYMENT WITHIN THE LOAN MODIFICATION | |
| | SECURITIES FRAUD | ILLEGAL MISUSE OF A MBS | |

ort fraud statutes

LOED

6/9/20, 3:33 PM

| | | |
|---|---|---|
| | MAIL FRAUD | PLACING FRAUDULENT PAPERWORK INTO A U S POST BOX OR MAILING IT DIRECTLY TO THE PLAINTIFF IN AN ATTEMPT TO COMMIT MORTGAGE FRAUD |
| | WIRE FRAUD | Emailing; faxing; transmitting documents with plans to conspire to commit mortgage fraud |
| (12 CFR Part 226). | REGULATION Z | The Truth in Lending Act (TILA) is implemented by the Board's Regulation Z A principal purpose of TILA is to promote the informed use of consumer credit by requiring disclosures about its terms and cost. TILA also includes substantive protections. For example, the act and regulation give consumers the right to cancel certain credit transactions that involve a lien on a consumer's principal dwelling. Regulation Z also prohibits specific acts and practices in connection with an extension of credit secured by a consumer's dwelling. |
| | FINANCIAL PRODUCT-SAFETY COM. ACT | |
| CRS 18-8-30 4 - | Soliciting Unlawful Compensation | LOAN SERVICER PAYING DESIGNATED COUNCIL ATTORNEY FIRM EXCESSIVE FEES FOR PROPERTY INSPECTIONS AND PRESERVATION |
| | ETHICS VIOLATIONS | |
| | ATTORNEY MISCONDUCT, INEFFECTIVE COUNCIL, ADA VIOLATIONS | AKERMAN LAW L.L.C ATTORNEY TAYLOR HAYWOOD FRAUDULENTLY CLAIMING AND ATTEMPTING TO SUE FOR MISNAMING A CLIENT. CORPORATION WAS REFERRED TO CORRECTLY. HARASSMENT, THREATENING MOTIONS SUBMITTED WITHOUT CAUSE (SEE SUBPOENA SUBMITTED) MY RETAINED ATTORNEY, C TODD MORSE AND HIRED STAFF ARE SENDING TO ME DOCUMENTS THAT ARE IMPOSSIBLE TO READ EVEN BY SOMEONE WITH UNIMPAIRED SIGHT as the font is extremely small |
| 5-16-108 I (A,B,C,D,E, F,G) FDCPA | Violation of the Fair Debt Collection Practices Act | ("FDCPA"), (2) negligent misrepresentation, (3) violation of the implied duty of good faith and fair dealing, (4) discharge |
| | ADA VIOLATIONS | SPS AND DESIGNATED CONCIL CONTINUING TO SEND UNREADABLE DOCUMENTS. Text is too small. I am legally blind |
| | | |
| 28 U.S.C. § 1331. | | |
| | Equal Credit Opportunity Act; | |

ort fraud statutes

6/9/20, 3:33 PM

LOEB

| | Real Estate Settlement Procedures Act, | |
|---|---|---|
| 12 USC § 2601 | Real Estate Settlement Procedures Act, | |
| | Consumer Protection Act | |
| | Material breach of contract, | |
| | Equal Credit Opportunity Act; | |
| 3) violation of the implied duty of good faith and fair dealing, | (4) discharge | and (5) mistake |
| | Deceptive Practice Act and unconscionable acts | |
| Gramm–Leach–Bliley Act - GLBA | Information Security Program | Protect against unauthorized access to or use of covered data and information that could result in substantial harm or inconvenience to any customer. |
| | | |
| | | |
| | | |
| | | |

CERT OF SERV FINAL LOEB F13                                                                          6/9/20, 2:54 PM

## CERTIFICATE OF SERVICE

I, L L LOEB,  hereby certify that on  _____,

I sent a copy of the **COMPLAINT AND REQUEST FOR INJUNCTION and EXHIBIT LIST** was sent
to the following parties in the way described below each party's name:

**Party Name:**              AKERMAN LAW, LLC for ARLINGTON ASSETS INVESTMENT CORPORATION,
                             LLC (for subsidiary First NLC Financial Services, LLC)
How Served:                  CERTIFIED MAIL
Party Attorney's Name:       Taylor Haywood
                             Justin D. Falser
Address:                     1900 16th St Mall #1700,
                             Denver, CO, 80202
Telephone Number:            (303) 260-7712

**Party Name:**               Foreign Agent Taylor Haywood in her Personal Capacity
How Served:                  CERTIFIED MAIL
Parties Name                 Taylor Haywood
Address:                     1900 16th St Mall #1700,   DENVER, CO,  80202
Telephone number:            (303) 260-7712

**Party Name:**              KUTAK ROCK, LLC for DEUSTCHE National Bank Trust Company, as
TRUSTEE for Morgan

Series 2005-2: and           Stanley Home Equity Loan Trust 2005-02, Mortgage  Pass-Through Certificates

                             Select Portfolio Services, SPS LLC;
How Served:                  CERTIFIED MAIL
Party Attorney's Name:       Jeremy D. Peck
                             Elizabeth J. Field
Address:                     1801 California St #3000,
                             Denver, CO  80202
Telephone Number:            (303) 297-2400

**Party Name:**              Halliday Watkins and Mann, LLC
How Served:                  CERTIFIED MAIL
Party Attorney's Name:       Toni Owan #30580
                             Heather Deere #28597
Address:                     355 Union Blvd., Suite 250,  Lakewood, CO 80228
Telephone Number:            801.355.2886

**Party Name:**              Foreign Agents Heather Deere and Toni Owen in their Personal Capacity
How Served:                  CERTIFIED MAIL
Party Attorney's Name:       Toni Owan #30580
                             Heather Deere #28597
Address:                     355 Union Blvd., Suite 250,  Lakewood, CO  80228
Telephone Number:            801.355.2886

**Party Name:**              Snell and Wilner, L.L.P. for L.S.I TITLE SERVICES dba ServiceLink NLS, LLC
TITLE INSURANCE;
How Served:                  CERTIFIED MAIL
Party Attorney's Name:       Michael E. Lindsay
                             Anna M. Adams
Address:                     1200 17th St UNIT 1900, Denver, CO  80202
Telephone Number:            (303) 634-2000

**Party Name:**              NATIONWIDE TITLE CLEARING, LLC;
How Served:                  Certified Mail
Party Attorney's Name:       David Mathews Depasquale

CERT OF SERV FINAL LETTER

| | |
|---|---|
| Address: | 2100 US-19 ALT,  Palm Harbor,  FL  34683 |
| Telephone Number: | (727) 771-4000 |

| | |
|---|---|
| **Party Name:** | OCWEN FINANCIAL SERVICES CORPORATE COUNCIL |
| How Served: | Certified Mail |
| Party Attorney Name: | Corporation Service Company        Registered Agent |
| Address. | 1201 Hayes Street. Tallahassee,      FL 32301 |
| Phone· | 1-561-682-8000 |

| | |
|---|---|
| **Party Name** | U. S PUBLIC TRUSTEE  Douglas B Kiel |
| How Served: | Certified Mail |
| Party Attorney Name: | Pro Se |
| Address | 7100 E Belllieview Avenue.  Suite.  300  Greenwood Village CO. 80111 |
| Telephone number: | (303) 312-7230 |

Parties to be advised but not a party to this case:

| | |
|---|---|
| **Party Name:** | U S Attorney Jason R Dunn |
| How Served: | CERTIFIED MAIL |
| Party Attorney Name | Pro Se |
| Address: | 1801 California Street. Suite 1600.  Denver, CO. 80202 |
| Telephone: | 303-454-0100 |

| | |
|---|---|
| **Party Name:** | U S Attorney General William P Barr |
| How Served: | Certified Mail |
| Party Attorneys Name | Pro Se |
| Address: | 950 Pennsylvania Ave NW   Washington, DC. 20530 |
| Telephone Number: | 202-353-1555 |

JS 44 (Rev. 12/11)   District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
L L LOEB

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   Denver
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Denver
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se, et al

Attorneys *(If Known)*
See Attached Document

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U S Government Plaintiff
- [ ] 2  U S Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [ ] 6 | [X] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [X] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Med Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Empl Ret Inc Security Act | **TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U S Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities Employment | [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer w/Disabilities Other | **Other:** | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fraud in the inducement,  ("RICO"), 18 U.S.C. § 1962; Civil conspiracy mortgage fraud; fraudulent transfer C.R.S. § 38-8-105(a) (b);

Brief description of cause:   [ ] AP Docket
My mortgage suffered fraud in the inducement by use of undisclosed principals displaying premeditation in order to keep my home from belonging to me. Each entity displays their role in this elaborate conspiracy to commit mortgage fraud. See attached laws and statutes

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] Yes   [ ] No

DATE
June 9, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

Defendant List:  LOEB to accompany the CIVIL COVER SHEET                    2 of 2

**Party Name:**          AKERMAN LAW, LLC for ARLINGTON ASSETS INVESTMENT CORPORATION,
                         LLC (for subsidiary First NLC Financial Services, LLC)
Party Attorney's Name:   Taylor Haywood
                         Justin D. Falser
Address:                 1900 16th St Mall #1700,
                         Denver, CO, 80202
Telephone Number:        (303) 260-7712

**Party Name:**          Foreign Agent Taylor Haywood in her Personal Capacity
Parties Name             Taylor Haywood
Address:                 1900 16th St Mall #1700,   DENVER, CO,  80202
Telephone number         (303) 260-7712

**Party Name:**          KUTAK ROCK, LLC for DEUSTCHE National Bank Trust Company, as
TRUSTEE for Morgan

Series 2005-2. and       Stanley Home Equity Loan Trust 2005-02, Mortgage  Pass-Through Certificates

                         Select Portfolio Services, SPS LLC;
Party Attorney's Name:   Jeremy D. Peck
                         Elizabeth J. Field
Address:                 1801 California St #3000,
                         Denver, CO  80202
Telephone Number         (303) 297-2400

**Party Name**:          Halliday Watkins and Mann, LLC
Party Attorney's Name:   Toni Owan #30580
                         Heather Deere #28597
Address:                 355 Union Blvd., Suite 250,  Lakewood, CO 80228
Telephone Number:        801 355.2886

**Party Name:**          Foreign Agents Heather Deere and Toni Owen in their Personal Capacity
Party Attorney's Name:   Toni Owan #30580
                         Heather Deere #28597
Address:                 355 Union Blvd., Suite 250,  Lakewood, CO  80228
Telephone Number:        801.355.2886

**Party Name:**          Snell and Wilner, L.L.P. for L.S.I TITLE SERVICES dba ServiceLink NLS, LLC
TITLE INSURANCE;
Party Attorney's Name:   Michael E. Lindsay
                         Anna M. Adams
Address:                 1200 17th St UNIT 1900,  Denver,  CO  80202
Telephone Number         (303) 634-2000

**Party Name:**          NATIONWIDE TITLE CLEARING, LLC,
Party Attorney's Name:   David Mathews Depasquale
Address:                 2100 US-19 ALT,  Palm Harbor,  FL  34683
Telephone Number:        (727) 771-4000

**Party Name:**          OCWEN FINANCIAL SERVICES CORPORATE COUNCIL
Party Attorney Name:     Corporation Service Company     Registered Agent
Address.                 1201 Hayes Street. Tallahassee,    FL 32301
Phone:                   1-561-682-8000

**Party Name**           U. S PUBLIC TRUSTEE  Douglas B Kiel I
Party Attorney Name:     Pro Se
Address                  7100 E Belleview Avenue.  Suite.  300  Greenwood Village CO. 80111

Telephone number:              (303) 312-7230

**Parties to be advised but not a party to this case:**

**Party Name:**              U S Attorney Jason R Dunn
Party Attorney Name         Pro Se
Address.                    1801 California Street. Suite 1600.  Denver, CO  80202
Telephone:                  303-454-0100

**Party Name:**              U S Attorney General William P Barr
Party Attorneys Name        Pro Se
Address.                    950 Pennsylvania Ave NW   Washington, DC. 20530
Telephone Number            202-353-1555



LOEB

*Supporting statements*

**DEUSTCHE BANK IS NOT TO BE ENJOINED IN ANY FORECLOSURE PROCEEDINGS AS THEY ARE
   STRICTLY THE HOLDER OF THE MORTGAGE BOND**

*UNRECORDED DOCUMENTS IN MY COUNTY RECORDS MAKING IT
IMPOSSIBLE TO SEE WHERE MY LOAN IS AT ANY GIVIN TIME*

**I WOULD ASK THAT THIS BE GIVEN ONE WEEK TO COMPLETE**

**HALLIDAY, WATKINS AND MANN of Designated Council ARE  CONSIDERED DEBT COLLECTORS
   UNDER FDCPA.**

*This is more than evident due to the message that greets a caller upon contacting their FIRM.*

**THIS RECORDING STATES THAT HALLIDAY WATKINS AND MANN ARE indeed a DEBT COLLECTORS
   and that  ANY INFORMATION OBTAINED WILL BE USED IN ORDER TO COLLECT THE DEBT.
   THESSE ACTIOS ARE IN DIRECT VIOLATION OF THE FAIR DEBT COLLECTION PRACTICE
   ACT.**

*IT states that these attorneys who fall under the same umbrella are not to be considered debt collectors
   unfortunately that is exactly what they are.*

**\*\*\*\* The Supreme Courts ruling should be reconsidered and overturned .**

**\*\*\* The funds that were returned from the Colorado Supreme Court back to attorneys firm MEDVED DALE
   DECKER AND DEERE needs to be reevaluated and reversed.**

   *The amount of fine could never come close to the deliberate unconscionable acts these attorneys and our
   Congress along with Fannie Mae and Freddie Mac have caused the debtors and their citizens.*

*There is a concern that Ginny Mae seems to operate within the shadows of our government.*

*They are absolutely apart of the fraud that has been purported upon this country by our own government.*

*Another hard look needs to be taken at the state and structure of our country and how it operates.*

*When we hear OUR president and representatives concerning themselves with outside issues that are not directly
   related to the good of our country, we find ourselves asking why they're not here, dealing with problems
   and dilemmas that exist within our borders.*

 *It is time that our representatives practice transparency and accountability of which they expect from us.*

*CAUSE OF ACTION(S) CONSPIRACY TO COMMIT FRAUD, FRAUD IN THE INDUCEMENT;;
   VIOLATIONS OF THE SECURITIES ACT OF 1933/1934; UNJUST ENRICHMENT; QUIET TITLE,
   NOTARY FRAUD; MATERIAL BREACH OF CONTRACT; UNDISCLOSED PRINCIPLE, RESPA,
   Title 38 , Deceptive Practices, FDCPA; TRUTH IN LENDING;FANNIE MAE AND Freddie Mac
   TRANSPARENCY ACT*
*RESPA X AND Z.  SOUNDNESS AND SAFETY ACT*

 *I WOULD REQUEST THE RIGHT TO REVISE ADDENDUM AS CASE PROGRESSES.  VERIFIED
   PROPER VENUE PER MOTION AND DOCUMENTS SUBMITTED*

 *THERE IS NO SECURITY AGREEMENT NOR VALID LOAN SECURING THIS PROPERTY.  IT
   REMAINS VOID IN ITS INDUCEMENT.*
*ALL NUMBERS CONCERNING THE MORTGAGE ON THIS HOME ARE FICTITIOUS AS THE*

LOEB

*ORIGINALS WERE LOST.*

*THE DOCUMENTS AND ALL ACTIONS SURROUNDING MY LEIN CONTINUE TO REMAIN ILLEGAL AND FRAUDULENT WITHIN THE PARAMETERS OF THE STATE OF COLORADO'S LAWS AND GUIDELINES.*

*FEDERAL ATTORNEYS REMAIN AS UNDISCLOSED PRINCIPLE.*

*I REQUEST THAT BETWEEN J P MORGAN CHASE BANK, DEUSTCHE NATIONAL BANK AND SPS, THAT THEY PRODUCE THE ORIGINAL WET INK DOCUMENTS THAT FORMS THE SECURITY INSTRUMENT (PROMISSORY AND DEED OF TRUST) BINDING MY PROPERTY TO ME.*

AO 187 (Rev. 7/87) Exhibit and Witness List

*LOEB*

# UNITED STATES DISTRICT COURT

*AMENDED*

10 TH _____   DISTRICT OF _____ COLORADO

| | | 02/12/2020 | 02/12/2020 | 02/12/2020 | CAUSE OF ACTION - FRAUD IN THE INDUCEMENT UNJUST ENRICHMENT, QUIET TITLE, NOTARY FRAUD AND MATERIAL BREACH OF CONTRACT HALLIDAY, WATKINS and MANN, LLC Designated Council for FHFA Fannie Mae and Freddie Mac Retained Attorney Network |
|---|---|---|---|---|---|
| | | | | | COPY OF THE INSTRUMENT ATTEMPTING TO BE FORECLOSED UPON  ADJUSTABLE ARM.  This is the incorrect instrument |
| 1 | | 02/12/2020 | 02/12/2020 | 02/12/2020 | |
| 2 | | " | | | STATE AND FEDERAL STATUTES AND ACTS THAT HAVE BEEN VIOLATED FROM THE DATE IN WHICH MY LOAN CLOSED  SEE ATTACHED ADGENDUM CON'SPIRACY TO COMMIT MORTGAGE FRAUD, RESPA, DECEPTIVE PRACTIC ACT , FAIR DEBT COLLECTION PRACTICE ACT, TRUTH IN LENDING ACT, MATERIAL, UNCONSCIONABILIT ,NEGATIVE AMORTIZATION, DEFERRED PAYMENT, NOTARY FRAUD, CREDIT REPUTATION DAMAGES   SEE ATTACHED |
| 3 | | " | | | DESIGNATED COUNCIL FOR FANNIE MAE AND FREDDIE MAC & RETAINED ATTORNEY'S NETWORK LIST IN COLORADO |
| 4 | | " | | | COURT CASES AND DESIGNATED COUNCIL FIRMS AGAINST MYSELF CASES BROUGHT OUTSIDE OF PROPER FEDERAL JURISDICTION   (5) FIVE CASES  HARRASSMENT HAS BEEN CONTINOU S |
| 5 | | | | | $ 250,000 WARANTEE DEED FROM HARRIET KONICK TRUST |
| 6 | | ' | | | INCOMPLETE DEED OF TRUST ORIGINATING FROM 1ST DESIGNATED COUNCIL FIRM BY ATTORNEY DON MEINHOLD.  PREDICTING BANKRUPTCY |
| 7 | | " | | | PRE-VIOUSLY OF THE DESIGNATED FHFA RETAINED ATTORNEY'S FIRMS OF Medved, Dale, Decker and Deere, LLC and Dale and Decker, LLC |
| 8 | | | | | 1st AFIDAVIT OF LOST INSTRUMENT |
| 9 | | " | | | 2ND AFFIDAVIT OF LOST INSTRUMENT |
| 10 | | ' | | | ROBO SIGNED PROMISSORY NOTE SHOWING ADJUSTABLE ARM OF WHICH I DID NOT SIGN  FRAUDULENT SUBSTITUTION AFTER STATING NOTE WAS LOS |
| 11 | | ' | | | FIRST NHL FINANCIAL NOTARY PAGE SEPERATE FROM INSTRUMENT, NOTARIZED IN FLORIDA ON FEBRUARY 2 2004  PRIOR TO MY KNOWLEDGE OF THIS PROPERTY |
| 12 | | ' | | | FIRST NHL FINANCIAL NOTARY PAGE SEPERATE FROM CONTRACT  NOTARIZED IN FLORIDA ON FEBRUARY 2 2005 I CLOSED ON NOVEMBER 26, 2004 IN COLORADO  THIS DOCUMENT WAS NOTARIZED IN FLORIDA   NOTARY FRAUD |
| 13 | | | | | |
| 14 | | ' | | | INCOMPLETE ALONGE SHOWING NO DESIGNATION OF PAYMENT FROM FIRST NLC FINANCIAL  JP MORGAN  WAS TO HONOR THE MORTGAGES IT PURCHASED |
| 15 | | | | | PRINCIPAL REDUCTION |
| 16 | | | | | LOAN MODIFICATION |
| 17 | | ' | | | PAYMENT HISTORY J P MORGAN CASE BANK |
| 18 | | | | | PAYMENT HISTORY OCWEN FINANCIAL |
| 19 | | | | | BILL PAATLOW, PRIVATE INVESTIGATOR RESUME SPECIALIZING IN MORTGAGE FRAUD |
| 20 | | ' | | | DESIGNATED COUNCIL ATTEMPTING TO COLLECT ON FULL LOAN AMOUNT WITHOUT CREDITING PAYMENTS |
| 21 | | ' | | | SPS PAYING DESIGNATED COUNCIL FIRMS FOR INFLATED PROPERTY PRESERVATION FEES.  THESE ACTIVITIES WERE PUNISHED  IN COLO BY A G JOHN SUTHERS PREVIOUSLY |
| 22 | | | | | OCWEN VERIFICATION OF FAILURE TO APPLY PREVIOUSLY SUBMITTED LOAN PAYMENTS |
| 23 | | ' | | | REQUESTS OF CHASE TO RE WRITE MY EXSISTING LOAN - ILLEGAL INSTRUMENT |
| 24 | | ' | | | CHASES RESPONSE TO REQUEST TO RE WRITE. WILL ONLY REFINANCE  STILL OPERATING ON AN ILLEGAL INSTRUMENT (REFER TO COLO STATUTES) |
| 25 | | | | | Improper address by SPS making correspondence to me undeliverable |

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| L L LoEb et al | | | vs. | REFER TO COMPLAINT | CASE NO. 19-20321-EEB |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 02/10/2020 | | | U S Bankpuptcy Court Exhibit List for Bankruptcy Case 19-60555-EEB and Advisory Proceeding Case # 20- |
| 27 | | | | | OCWEN'S FAILURE TO CREDIT  PREVIOUSY PAID MORTGAGE PAYMENTS TO THE LOAN MODIFICATION |
| 28 | | 02/12/2020 | | | DOCUMENTS SHOWING THAT ALL NUMBERS ARE INCORRECT WITHIN MY PROMMISORY NOTE |
| 29 | | ' | | | The History of Arlington Assets in conjunction with First NHL Financial Services and Government purchased assets |
| 30 | | ' | | | Secretary of State Busness information lists showing non registration and status of the companies involved in my bad Mortgage Loan |
| 31 | | ' | | | LIS dba Service Link Title  background |
| 32 | | ' | | | LIST OF NOTICE AND DEMAND FORECLOSURE LISTINGS OCCURRING BY DESIGNATED COUNCIL IN COLORADO |
| 33 | | ' | | | ACCARDI DOCTRINE |
| 34 | | ' | | | NOTARY PUBLIC DOCUMENT DEFICIENCIEST |
| 35 | | ' | | | AG FROM WASHINGTON STATE LAWSUIT AGAINST NATIONWIDE TITLE CLEARING FOR FRAUD |
| 36 | | ' | | | FHFA HOUSING REFORM |
| | | | | | A G FROM ILLINOIS LAWSUITSAGAINST NATIONWIDE TITLE CLEARING FOR FRAUD |
| 1 | | ' | | | LIST OF REGISTERED AGENTS RECEIVED FROM  THE COLORADO SECRETARY OF STATE AND OUT OF STATE OFFICES FOR EASCH ENTITY SERVED |
| | | ' | | | WITNESS  BILL PAATLOW RESUME AND STATEMENT |
| | | | | | WITNESS |
| | | | | | WITNESS .  REGINA GOODWIN |
| | | | | | WITNESS  HOSTILE.   HEATHER DEERE DESIGNATED COUNCIL |
| | | | | | WITNESS  HOSTILE  TONI OWAN  DESIGNATED COUNCIL |
| | | | | | WITNESS 7  PUBLIC TRUSTEE  EXPECTED TO BE A NEUTRAL PARTY |
| | | | | | |
| | | | | | |
| | | | | | AMMENDED TO LARGER DOCUMENT.  I RESERVE THE RIGHT TO AMMEND DUE TO PRO SE STATUS |
| | | | | | REQUESTING ALL IN STATE REPRESENTATIVES BE PREPARE TO APPEAL IN PERSON ONLY  ALL OTHER OUT OF STATE DEFENDANTS MAY NOT APPEAR WITHOUT VISUAL AIDE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AMENDED EXHIBIT LIST

EXPANDED **EXHIBIT LIST LOEB:**

Pg    of    **CASE #**
**U S FEDERAL**

COURT

| # | Date | Description |
|---|------|-------------|
| 1 | 6/10 | IMAGE OF MY HOME IN QUESTION with PREVIOUS SALE INFORMATION SHOWING DISCREPANCY |
| 2 | 6/10 | CASE LAW, VIOLATIONS OF OUR STATE AS WELL AS FEDERAL STATUTE, TITLE, CODES AND ACTS |
| 3 | 6/10 | DEFINITIONS AND TYPES OF PREDATORY LENDING TACTICS |
| 4 | 6/10 | ACCARDI DOCTRINE.  THE DOCTRINE STATES THAT ALL GOVERNMENTAL AND JUDICIAL ENTITIES MUST ABIDE BY THEIR OWN RULES |
| 5 | 6/10 | HISTORY OF ARLINGTON ASSETS INVESTMENT CORPORATION, LLC (PREVIOUSLY FBR   ). THEIR ASSOCIATION WITH SUBSIDIARY, FIRST NLC FINANCIAL SERVICES (MY ORIGINAL LENDER) AND GOVERNMENT MORTGAGE BACKED SECURITIES |
| 6 | 6/10 | COPY OF THE ILLEGALLY *SUBSTITUTED* ADJUSTABLE ARM PROMISSORY NOTE / DEED OF TRUST IN WHICH DESIGNATED COUNCIL IS ATTEMPTING TO FORECLOSE.<br><br>THIS LOAN IS PREDATORY. (*NEGATIVELY AMORTIZED)*.  THIS INSTRUMENT APPEARS AFTER VERIFICATION OF MISSING/INCOMPLETE ASSIGNMENT AND LOST DOCUMENT AFFIDAVITS.  VERIFICATION OF THE USE OF ROBO SIGNATURES.  **ADA VIOLATION - PRINT SIZE IS TO SMALL** |
| 7 | " " | INCOMPLETE CHAIN OF TITLE |
| 8 | 6/10 | FRAUD: NATIONWIDE TITLE CLEARING ASSIGNMENT STATING THAT *J P MORGAN AND DEUSTCHE BANK ARE  SEEN AS 'FORECLOSING ENTITIES,' OCCURRED THE SAME DAY I CLOSED ON MY LOAN, NOV 24, 2004. FIRST NHL FINANCIAL IS A SUBSIDIARY OF ARLINGTON ASSET INVESTMENT CORPORATION, LLC / PARENT COMPANY*.  THIS CORPORATION DEALS IN MBS WITHIN THE STOCK MARKET. THIS VERIFIES A CONSPIRACY TO COMMIT MORTGAGE FRAUD.  FRAUD IN THE INDUCEMENT (SEE VIOLATION LIST SUBMITTED) WITH REFERENCE TO STATUES AND TITLES) |
| 9 | 6/10 | ALL RULE 120 HEARINGS IN STATE DISTRICT COURT ARE OUT OF JURISDICTION AND SHOULD HAVE BEEN HEARD IN FEDERAL DISTRICT COURT .  THESE CASES AGAINST ME BEGAN  IN 2008 WITH ATTY. DON MEINHOLD OF 5/19 CASTLE, MEINHOLD AND SWARTZKI . PC LLC OF DESIGNATED COUNCIL FOR FANNIE MAE AND FREDDIE 5/195/19MAC. |
| 10 | 6/10 | $250,000 WARRANTEE DEED  FROM HARRIET KONIET TRUST |
| 11 | 6/10 | INCOMPLETE ASSIGNMENT OF DEED OF TRUST ORIGINATING WITH DESIGNATED COUNCIL ATTY DON MEINHOLD.  DOCUMENT REQUESTED TO BE SENT BACK TO THEIR BANKRUPTCY DEPARTMENT DISPLAYING PREMEDITATION TO COMMIT MORTGAGE AND SECURITIES FRAUD |
| 12 | 6/10 | DEFAULT LEGAL SERVICES - DESIGNATED COUNCIL LIST FOR THE DISTRICT OF COLORADO |

| 13 | 6/10 | 1ST AFFIDAVIT OF LOST OR MISSING ASSIGNMENT FROM CHASE STATING THEY CAN NOT LOCATE THE ASSIGNMENT. NO SECURITY INSTRUMENT (ORIGINAL LOAN WAS A CONVENTIONAL 2% 30 YEAR FIXED DEFERRED 1ST, FIRST 5/19YEAR PAYMENTS UNTIL NOV 24, 2005.)  HYBRID LOAN. - |
|---|---|---|
| 14 | 6/10 | 2ND AFFIDAVIT FROM First NLC FINANCIAL SERVICES INC LLC STATING THERE IS NO EVIDENCE OF A SECURITY AGREEMENT. FIRST NHL FINANCIAL, LLC NOTARY PAGE SEPARATED FROM INSTRUMENT, NOTARIZED IN FLORIDA.  I WAS NOT PRESENT |
| 15 | 6/10 | LIS PENDESE EXPLAINING HOUSE STATUS |
| 16 | 6/10 | *HALLIDAY WATKINS AND MANN DESIGNATED COUNCIL FRAUD* |
| 17 | 6/10 | VERIFICATION OF TAXES CURRENT PAID IN FULL FOR THE PROPERTY |
| 18 | 6/10 | INCOMPLETE ALONGE SHOWING NO DESIGNATION OF INTENDED RECIPIENT FROM FIRST NLC FINANCIAL - FRAUD |
| 19 | 6/10 | LOAN MODIFICATION 5/15/2012 BEGINNING JUNE 1, 2012 CONTAINING EXCESSIVE BALLOON PAYMENT. ILLEGAL IN THE STATE OF COLORADO |
| 20 | 6/10 | PRINCIPAL REDUCTION OCCURRING IN 2013 |
| 21 | 6/10 | PAYMENT HISTORY FOR J P MORGAN CHASE BANK |
| 22 | 6/10 | PAYMENT HISTORY FOR OCWEN FINANCIAL - |
| 23 | 6/10 | **BILL PAATLOW, PRIVATE INVESTIGATOR** RESUME SPECIALIZING IN **MORTGAGE FRAUD** AND. COMMENTARY |
| 24 | 6/10 | PUBLIC TRUSTEES BID SHOWING DESIGNATED COUNCIL **ATTEMPTING TO COLLECT ON FULL LOAN AMOUNT** WITHOUT CREDITED PAYMENTS OR CONSIDERATION OF THE LOAN MODIFICATION AGREEMENT OR PRINCIPLE REDUCTION. |
| 25 | 6/10 | **SPS IS SEEN PAYING** DESIGNATED COUNCIL FIRMS-OF **MEDVED, DALE DECKER AND DEERE ,LLC AS WELL AS HALLIDAY WATKINS AND MANN, LLC ATTORNEYS, HEATHER DEERE AND TONI OWAN**, LUMP SUMS - BEING PAID THROUGH CORPORATE ADVANCES (12 CFS 1024.34 (b) (5) (6) (7) (8(9)) 12 CFS S 1024.41 / (f) (j) (g) 11 (c)(d)(e) no response to any qualified written requests FRAUD. 12 CFS 1026 Non DisclosureSPS VERIFYING REDUCTION.  ALL LOAN MODIFICATION PAYMENTS WERE MADE TO OCWEN YET THESE DOCUMENTS SHOW THAT UPON TRANSFER TO SPS, NO PAYMENTS WERE ACCEPTED AND THE MODIFICATION AMOUNT AND REDUCTION HAVE BEEN REMOVED SHOWING THAT I WOULD NOW OWE ALMOST $499,000.00<br><br>NO PAYMENTS FROM THESE PARTIES HAVE BEEN RECORDED OR SUBMITTED INTO MY ACCOUNT |

| 26 | 6/10 | **CORPORATE ASSIGNMENT OF DEED OF TRUST** |
| 27 | 6/10 | **QUALIFIED WRITTEN REQUEST TO CHASE TO REWRITE MY EXISTING LOAN** , MAKING IT LEGAL IN THE STATE OF COLORADO.  DENIED |
| 28 | 6/10 | LSI TITLE INSURANCE FORECLOSURE COMMITMENT OUTLINING STEPS TO  FRAUDULENTLY ACQUIRE A PROPERTY |
| 29 | 6/10 | DENVER PUBLIC TRUSTEE ENTREES SHOWING MY LOAN MODIFICATION APPEARING IN 2018 |
| 30 | 6/10 | NOTICE OF **INTENT TO CURE** LEIN |
| 31 | 6/10 | DENVER CLERK AND RECORDER LIST OF RECORDED DOCUMENTS SHOWING THAT EACH TIME MY LOAN TRANSFERRED, NO TRANSFER WAS RECORDED MAKING THE LOAN IMPOSSIBLE TO TRACK<br><br>LOAN MODIFICATION NOT RECORDED.<br><br>NOTARY REPUBLIC DOCUMENT DEFICIENCIES |
| | | |
| 32 | | STATEMENT BY DESIGNATED COUNCIL FOR QUALIFIED HOLDER OF THE NOTE |
| | | I AM FORCED INTO BANKRUPTCY COURT AGAIN IN HOPES THAT SOMEONE WILL SEE THE FRAUD OCCURRING.  I HAVE ATTEMPTED TO REQUEST A LEGAL LOAN BE WRITTEN TO ME BY CHASE BUT THEY WILL NOT COMPLY.  THE ARM IS FABRICATED.  IT IS ILLEGAL IN ITS  FRAUDULENT OPERATION IN COLORADO...  DOES NO ONE UNDERSTAND RIGHT FROM WRONG.  I WANT MY HOME.  I AM BEING LEFT WITH NO OTHER CHOICE BUT TO FILE A  REQUEST FOR A FEDERAL INJUNCTION AS THESE PARTIES ARE TRYING TO DERIVE MONIES FROM A NON EXISTENT INSTRUMENT ALL STEMMING FROM FRAUD.  I CANT LOOSE MY HOME DUE TO FRAUD.. |
| 33 | 6/10 | 1089 FORMS SHOWING INTEREST PAYMENTS |
| 34 | 6/10 | NO COMPLETED TRANSFER DOCUMENT REGARDING SERVICER.  (COPY OF THE FORM TO HAVE BEEN RECORDED UPON EACH TRANSFER ) |
| 35 | 6/10 | SPS USING IMPROPER MAILING ADDRESSES MAKING THEIR CORRESPONDENCE TO ME UNDELIVERABLE.  MY ADDRESS HAS BEEN VERIFIED AND NOTARIZED FROM THE USPS AND SENT TO THEM PREVIOUSLY |

| 36 | 6/10 | FORCED PLACED INSURANCE BY SPS REJECTING ALLSTATE, SAFECO AND 3 STATE FARM. DOCUMENT SHOWS THAT I HAD ALLSTATE INSURANCE AT THAT TIME YET FORCED OUT BY SPS. I HAVE THE RIGHT IN COLO TO CHOOSE ANY INSURANCE AGENT I DESIRE. |
| --- | --- | --- |
| 37 | 6/10 | *QUALIFIED WRITTEN REQUEST TO SPS REGARDING BREAKDOWN OF FEES PAID FOR CORPORATE ADVANCES (12CFRS1024.35 ERROR RESOLUTION) (a)(b) (1)(2)(3) 12CFR 1026.36 (c) 12CFR S 1024.34 (A) REFUND ESCROW*<br>*QUALIFIED WRITTEN REQUEST TO SPS SENT MAY 2, 2020. NO RESPONSE WAS RECEIVED VERIFYING ITS ARRIVAL. I HAVE NEVER RECEIVED ANY HELP FROM MY SERVICER. THEY HAV REFUSED PAYMENTS, PAID DESIGNATED COUNCIL TO ASSIST IN STEALING MY HOME FROM ME, SENT ILLEGIBLY PRINTED DOCUMENTS AND THREATENED ME STATING TO JUST "GIVE THEM THE KEYS".*<br>*NO RESPONSE HAS EVER BEEN RECEIVED* |
| 38 | 6/10 | NEW DOCUMENTS SENT FROM SPS, DEERE AND OWAN TO SMALL TO READ   CONTINUED HARASSMENT AND BLATANT  DISRESPECT. I DO NOT EVEN KNOW THESE PEOPLE NOR WHY I AM BEING TREATED IN THIS MANNER.<br>*DOCUMENTS RECEIVED FROM BANKRUPTCY ATTORNEY TOO SMALL TO READ. THEY WERE NOT ON MY SIDE. INEFFECTIVE COUNCIL, MISCONDUCT, MALPRACTICE. THEY LEFT ME IN A WORSE PREDICAMENT THEN BEFORE RETAINING THEM. ELEMENTS OF CONSPIRACY TO COMMIT FRAUD* |
| 39 | 6/10 | SECRETARY OF STATE BUSINESS INFORMATION SHOWING NON REGISTRATION OF CORPORATIONS AND STATUS OF THE COMPANIES IN COLORADO INVOLVED IN MY BAD MORTGAGE LOAN |
| 40 | 6/10 | MEINHOLD AND SHAPIRO CLASS ACTION SUIT REVERSING THE TRIAL COURTS DECISION STATING AN ERR WAS MADE.  THESE ATTORNEYS ARE CONSIDERED DEBT COLLECTORS AND ARE IN VIOLATION OF THE FDCPA WHICH NEGATES THE OBDUSKY Supreme Court CASE |
| 41 | 6/10 | **ATTORNEY GENERAL JOHN SUTHERS FROM COLORAD**O BRINGING SUIT AGAINST ARORNOWITZ AND MECHLEBNBERG MEDVED DALE DECKER AND DEERE, AND JANEWAY,  IN 2014 FOR EXCESSIVE FEES.<br><br>INJUNCTION DISREGARDED CONTINUING VIOLATIONS WITH PRESENT FIRM, HALLIDAY WATKINS AND MANN, ATTORNEYS DECKER AND DEERE. |
| 42 | 6/100 | **FHFA HOUSING REFORM TO DO AWAY WITH DESIGNATED COUNCIL FIRMS IN 2011.** SEVERAL RAN ATTORNEYS *DISBURSED WITHIN OUR LOCAL COLORADO GOVERNMENT OFFICES.* |
| 43 | 6/10 | 50 STATE LAWSUITS AGAINST OCWEN FOR FRAUD AND FAILURE TO ACCEPT PAYMENTS.; CFPB AGAINST OCWEN |
| 44 | 6/10 | OBDUSKY CASE DISCREPANCY IMPROPERLY DISMISSING DESIGNATED COUNCIL UNDER FDCPA |
| 45 | 6/10 | A G  FROM WASHINGTON STATE BRINGING A LAWSUIT AGAINST NATIONWIDE TITLE CLEARING FOR FRAUD |

exhibit large list                                                                    6/9/20, 1:44 PM

LoEB

| | | |
|---|---|---|
| 4<br>6 | 6/10 | AG FROM ILLINOIS BRINGING LAWSUIT AGAINST NATIONWIDE TITLE CLEARING  FOR FRAUD |
| 47 | 6/10 | *OFFICE OF THE INSPECTOR GENERALS REPORT CONCERNING DESIGNATED COUNCIL* |
| | | |
| | | |
| 48 | 6/10 | LAWSUITS AGAIST SELECT PORTFOLIO SERVICES<br><br>LAWSUIT PERTAINING TO SPS SUBMITTING  IMPROPER INFORMATION TO THE 3 CREDIT REPORTING AGENCIES WITHOUT ANY INVESTIGATION, RUINING CONSUMERS CREDIT AND LEAVING IMPROPER REPORT |
| 49 | 6/10 | DIVISION OF BANKING SUSPENSIONS AND REVOCATIONS PERTAINING TO MY CASE |
| 50 | 6/10 | MCDONALD LAWSUIT AGAINST NATIONWIDE TITLE CLEARING |
| 51 | 6/10 | VERIFICATION OF HUNDREDS OF ILLEGAL FORECLOSURES CARRIED OUT BY DESIGNATED COUNCIL |
| 52 | 6/10 | ADA VIOLATIONS (COMPLAINT FORM AND WHAT QUALIFIES ) SPS, HEATHER DEERE TONI OWAN US TRUSTEE KEIL MY ATTORNEYS  HAVE KNOWINGLY SENT ME DOCUMENTS THAT ARE ENTIRELY TOO SMALL TO READ KNOWING THAT I AM EXTREMELY HARD OF SIGHT THIS HAPPENED MORE OFTEN THEN NOT.  I WAS TOLD AT THE BANKRUPTCY COURT THAT NO ONE WAS ABLE TO READ THE QUESTIONS TO ME AS IT WOUD BE CONSIDERED, "GIVING LEGAL ADVICE." |

exhibit large list

LOEB

6/9/20, 1:51 PM

| 53 | 6/10 | OUR PAYMENT AGREEMENT BY CHARGING ME $1,300.00 MORE THEN AGREED UPON.  HE IS ALSO MISSING DEADLINES NOW, HAS NOT FORWARDED ME DOCUMENTS PREVISOULY REQUESTED AND HAS SENT ME DOCUMENTS JUST AS SPS AND DESIGNATED COUNCIL HAS PREVIOUSLY, TOO SMALL FOR ANYONE TO READ WITHOUT A MAGNIFIER (SEE ATTACHED).  THE JUDGE DID NOT ASSIST ME IN SECURING A NEW LOAN.  THEY HAVE HAD YEARS TO DO THIS PREVIOUSLY. INEFFECTIVE COUNCIL, MISCONDUCT, MALPRACTICE.  THEY LEFT ME IN A WORSE PREDICAMENT THEN BEFORE RETAINING THEM   ELEMENTS OF CONSPIRACY TO COMMIT FRAUD I AM NOW FORCED INTO FILING A FEDERAL INJUNCTION TO END THIS GAME OF FRAUD ONCE AND FOR ALL.  I HAVE DONE NOTHING WRONG |
| --- | --- | --- |
| 54 | 6/10 | *NEWLY RECEIVED DOCUMENT:*<br>*CHASE ADMITTING THAT THIS LOAN IS NEGATIVELY AMORTIZED ON MAY 20 2020.  I CONTINUE TO REQUEST A NEW LOAN BE DRAFTED WITH PROPER CREDITS APPLIED. CHASE STATES THEY WILL ONLY REFINANCE LEAVING AN ILLEGAL LOAN IN OPERATION IN CO.   THE LOAN MODIFICATION WOULD HAVE BEEN THE PROPER INSTRUMENT TO FORECLOSE UPON BUT THE STIPULATIONS WITHIN THE MOD WOULD NOT ALLOW IT.  SINCE THE ORIGINAL INSTRUMENT HAS BEEN LOST,  ALL ENTRIES ARE CREATED ON NUMBERS FROM A FICTITIOUS INSTRUMENT* |
| 55 | 6/10 | FORENSIC AUDITS PERTAINING TO ALL CORPORATIONS AND ENTITIES THAT WERE INVOLVED IN MY MORTGAGE. |
| | | |
| | | |
| | | |
| | | |
| | | |